# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――

| | |
|---|---|
| **No. 12-1468** | **September Term, 2012** |
| | NLRB-16CA027543 |
| | **Filed On:** January 25, 2013 |

IronTiger Logistics, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------
Consolidated with 13-1001

## O R D E R

Upon consideration of the court's opinion and judgment issued January 25, 2013, in No. 12-1115, et al. - <u>Noel Canning, a Division of the Noel Corporation  v. NLRB</u>, it is

**ORDERED**, on the court's own motion, that these cases be held in abeyance pending further order of the court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                    Timothy A. Ralls
                    Deputy Clerk